THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Garrett T.
 Motley, Appellant.
 
 
 

Appeal From Lexington County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2009-UP-377
 Submitted June 1, 2009  Filed June 30,
2009   

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia;  and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM: Garrett T. Motley appeals his guilty plea to strong
 armed robbery and fifteen year sentence, suspended upon the service of three
 years' imprisonment and five years probation.  Motley argues the court erred in
 accepting his guilty plea because he largely disputed the factual basis of the
 plea.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.